1 | **AMANDA B. WHITTEN - #251160**
**BRYANT WHITTEN, LLP**
2 | 8050 North Palm Avenue, Suite 210
Fresno, California 93711
3 | (559) 494-4910 Telephone
(559) 421-0369 Facsimile
4 | Email: amanda@bwlaw.com

Attorneys for Plaintiff, BRENNA NICHOLS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNA NICHOLS, | **Case No. 1:16-CV-01768-LJO-EPG** |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41 (A)(2)** |
| v. | |
| TRACTOR SUPPLY COMPANY, a Delaware corporation, and Does 1 though 20, inclusive, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| Defendant. | |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, BRENNA NICHOLS, by and through her attorneys of record, and Defendant, TRACTOR SUPPLY COMPANY, by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

Dated: August 18, 2017     BRYANT WHITTEN, LLP

/s/   Amanda B. Whitten
_____
AMANDA B. WHITTEN, Attorneys for Plaintiff, BRENNA NICHOLS

Dated: August 31, 2017					OGLETREE, DEAKINS, NASH, SMOAK
							& STEWART, P.C.


							/s/	Christipher W. Decker
							_____
							CHRISTOPHER W. DECKER,
							Attorneys for Defendant,
							TRACTOR SUPPLY COMPANY

2.

**ORDER**

On August 31, 2017, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 40). All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **September 1, 2017**          /s/ *Erin P. Gross*
                                      UNITED STATES MAGISTRATE JUDGE

3.